UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TIMOTHY T. B., o/b/o
TIMOTHY J. B., deceased,[1]
    Plaintiff,

vs.

COMMISSIONER OF
SOCIAL SECURITY,
    Defendant.

Case No. 1:23-cv-214
Litkovitz, M.J.

ORDER

Timothy J. B., deceased, brought this action under 42 U.S.C. § 405(g) for judicial review of the final decision of the Commissioner of Social Security (Commissioner) finding he was entitled to a closed period of Disability Insurance Benefits (DIB).  This matter is before the Court on a motion to substitute his son, Timothy T. B., as plaintiff (Doc. 23).  Upon review of the motion, the Court issued an Order directing deceased plaintiff's counsel to serve Timothy T. B. with the motion, suggestion of death, and notice of hearing pursuant to Rule 4 of the Federal Rules of Civil Procedure as incorporated by Rule 25.  (Doc. 24).  Counsel filed a notice (Doc. 25) demonstrating compliance with the Court's Order.

Therefore, for good cause shown, the motion to substitute Timothy T. B. as plaintiff (Doc. 23) is **GRANTED**, and the hearing set for August 16, 2024 is **VACATED**.

Date: 8/14/2024

Karen L. Litkovitz
Chief United States Magistrate Judge

---

[1] Pursuant to General Order 22-01, due to significant privacy concerns in social security cases, any opinion, order, judgment or other disposition in social security cases in the Southern District of Ohio shall refer to plaintiffs only by their first names and last initials.